UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN ANTHONY MOORE,
    Plaintiff,

vs.                                          Case No.:  3:23cv10059/MCR/ZCB

JOHN L MILLER, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 31, 2023. (Doc. 10). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** under 28 U.S.C. § 1915(e)(2)(B)(iii) because it seeks monetary relief against Defendants who are immune from such relief.

1

3.  The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 14th day of November 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**